1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| RODERICK HERBERT,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY and DOES 1 to 20,<br>inclusive,<br><br>             Defendants. | CASE NO. 4:06-CV-05532-SBA<br><br>**STIPULATION AND ORDER TO<br>CONTINUE NON-EXPERT DISCOVERY<br>DEADLINE FOR THE LIMITED<br>PURPOSE OF TAKING PLAINTIFF<br>RODERICK HERBERT'S DEPOSITION<br>ONLY** |

All parties, by and through their respective counsel, hereby stipulate to continue the deadline to complete non-expert discovery as follows:

**I.
RECITALS**

1.      The parties have been working diligently toward moving this case forward in an efficient, expeditious manner.  The parties have exchanged written discovery and responses and plaintiff Roderick Herbert ("Herbert") has completed his one noticed deposition of the person most knowledgeable of defendant State Farm Mutual Automobile Insurance Company ("State Farm").

2.      State Farm timely noticed Herbert's deposition for September 26, 2007.

3.      On September 24, 2007, in the afternoon, Herbert's counsel, Craig Martin, advised that he is unavailable for Herbert's deposition on September 26, 2007, and that he would not be available until October 10, 2007.

4.      The Scheduling Order in this matter currently provides for non-expert discovery to

1    be completed by October 1, 2007.

2        5.       For this reason, the parties have agreed to stipulate to revise the Court's Scheduling

3    Order to continue the non-expert discovery cut-off date to October 19, 2007, for the limited purpose

4    of taking Herbert's deposition *only*.  No other non-expert discovery can be conducted after the non-

5    expert discovery deadline of October 1, 2007.

6        6.       The parties do not seek to continue any other deadlines as set forth in the Court's

7    previously revised Scheduling Order.

8        Accordingly, the parties hereby stipulate to revising the Scheduling Order to continue the

9    discovery-cut off, for the limited purpose of taking Herbert's deposition only, as follows:

10                                        **II.**
                                    **STIPULATION**

11

12       The parties hereby stipulate to continue the non-expert discovery deadline from October 1,

13   2007 to October 19, 2007, for the limited purpose of taking the deposition of plaintiff Roderick

     Herbert only.

14       The Court's previously revised Scheduling Order otherwise remains in effect.

15       IT IS SO STIPULATED.

16   Dated: _____, 2007            LAW OFFICES OF CRAIG K. MARTIN

17

18

19                                          By_____
                                               CRAIG K. MARTIN
                                               Attorney for Plaintiff
20                                             RODERICK HERBERT

21

22   Dated: _____, 2007            HAYES DAVIS BONINO
                                            ELLINGSON McLAY & SCOTT, LLP
23

24

25                                          By_____
                                               STEPHEN M. HAYES
                                               CHERIE M. SUTHERLAND
26                                             Attorneys for Defendant
                                               STATE FARM MUTUAL AUTOMOBILE
27                                             INSURANCE COMPANY

28

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**I.**
**[PROPOSED] ORDER**

In accordance with the Stipulation of the parties, the deadline for conducting non-expert discovery has been moved to October 19, 2007 for the limited purpose to taking plaintiff Roderick Herbert's deposition only.

The Court's previously revised Scheduling Order otherwise remains in effect.

Dated:   10/17/07

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE
FOR THE NORTHERN DISTRICT OF
CALIFORNIA