UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK HERBERT<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C-06-05532 SBA (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for November 2, 2007 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **November 9, 2007 at 9:00 a.m**.

Settlement Conference statements, if not previously submitted, are due . All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: November 1, 2007

                                                                                          *Elizabeth D. Laporte*
                                                                                      ELIZABETH D. LAPORTE
                                                                                      United States Magistrate Judge

*United States District Court*
*For the Northern District of California*